UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-07993-DDP-SHK | Date: | January 22, 2024 |
| Title: | *Shahrooz Bigonah v. Martin J. O'Malley, Comm'r of Soc. Sec'y* | | |

Present: The Honorable   Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE**

      Plaintiff filed a Complaint ("Complaint" or "Compl.") in this matter on September 21, 2023.  Electronic Case Filing Number ("ECF No.") 1, Compl.  Defendant filed an Answer ("Answer") to the Complaint on November 27, 2023.  ECF No. 6, Answer.  Pursuant to the Supplemental Rules governing district court review of the denial of Social Security benefits ("Supplemental Rules" or "Suppl. Rules"), Plaintiff's opening brief was due thirty days after the Answer was filed.  See Suppl. Rule 6 ("The plaintiff must file and serve on the Commissioner a brief for the requested relief within 30 days after the answer is filed or 30 days after entry of an order disposing of the last remaining motion filed under Rule 4(c), whichever is later.").  Therefore, Plaintiff's opening brief was due on December 27, 2023.  As of the date of this order, Plaintiff has not filed an opening brief or otherwise participated in this litigation.

      Accordingly, Plaintiff is ordered to show cause by **February 5, 2024**, why this case should not be dismissed for failure to prosecute and follow the Supplemental Rules.  Plaintiff can satisfy this Order by filing an opening brief by the date stated above.  **Plaintiff is warned that failure to satisfy this Order will result in the case being dismissed for failure to prosecute and follow Court orders.**  Plaintiff is advised that because Plaintiff's opening brief will be more than one month late by the date stated above, an extension of time to comply with this order will be granted only for very good cause shown and if requested before the date stated above.

      **IT IS SO ORDERED.**